| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  PHILIP A. FERRARI<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California 95814<br>4  Telephone: (916) 554-2744 | **FILED**<br>JUN 15 2010<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>       DEPUTY CLERK  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>HODA SAMUEL,<br>CONNIE DEVERS,<br>CHARLES ROBERT MANESS,<br>DANA FAULKNER,<br>TRACY PAINTER,<br>YGNACIA BRADFORD,<br>SEAN PATRICK GJERDE,<br>NICOLE DAWSON,<br>DANIEL HARRISON, and<br>RONALD BURRIS, JR.,<br><br>              Defendants. | CR. NO. S-10-0223 JAM<br><br>Request For Unsealing of<br>Indictment and [proposed] Order |

TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Philip A. Ferrari, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On June 10, 2010, the Honorable Kimberly J. Mueller issued an order sealing the Indictment in the above-referenced case until

1

1. the arrest of the first defendant or further order of the Court.

2. As of today, June 15, 2010, the undersigned and/or agents of the United States have been in contact with six of the named defendants and/or their representatives. It is believed that at least four of those defendants will be surrendering to the U.S. Marshals today so that they may make their initial appearance in this matter. Although the government has not yet secured the arrests of the remaining four defendants, it is now necessary to unseal the indictment so that the defendants making their appearances may be fully apprised of the charges against them.

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated: June 15 2010                     Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        U.S. ATTORNEY


                                   by:  _____
                                        PHILIP A. FERRARI
                                        Assistant U.S. Attorney

///
///
///
///
///

1  The Court hereby orders that the Indictment in case no. S-10-
2  0223 JAM, as well as the Petition to Seal the Indictment, and the
3  Order sealing the Indictment shall be unsealed and made part of the
4  public record.

DATED:  6/15/10

HON. KIMBERLY J. MUELLER
United States Magistrate Judge