FILED
June 18, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-223 JAM |
| ) | SUPERSEDING |
| Plaintiff, ) | ORDER FOR RELEASE |
| v. ) | OF PERSON IN CUSTODY |
| ) | |
| HODA SAMUEL, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Hoda Samuel</u>; Case <u>2:10-cr-223 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $300,000 co-signed by defendant's son, Peter Samuel. Fax copy of co-signer's signature to be filed by 6/22/10 and original to be obtained by counsel by 6/25/10.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>6/18/2010</u>   at <u>3:27 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge