LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
HODA SAMUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HODA SAMUEL, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. Cr. S-10-223 JAM <br><br> WAIVER OF DEFENDANT HODA SAMUEL'S PERSONAL PRESENCE |

Defendant, Hoda Samuel, hereby waives the right to be in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant Samuel hereby requests the Court to proceed during every absence of the defendant which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by the presence of defendant's attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in defendant's absence.

Defendant Samuel further acknowledges that defendant has been informed of defendant's rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and authorizes defendant's attorney to set times and delays under that Act without defendant being present.

- 1 -

DATED: July __2__, 2010                I consent to the above waiver of presence.

 /s/ Hoda Samuel
HODA SAMUEL
Defendant

DATED: July __2__, 2010                I agree to the above waiver of presence.

 /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Hoda Samuel

DATED: July 9, 2010                    I approve the above waiver of presence.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge