```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S 10-0223 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| HODA SAMUEL, | ) | STIPULATION AND |
| CONNIE DEVERS, | ) | ORDER FOR CONTINUANCE OF |
| CHARLES ROBERT MANESS, | ) | STATUS CONFERENCE |
| DANA FAULKNER, | ) | |
| TRACY PAINTER, | ) | |
| YGNACIA BRADFORD, | ) | |
| SEAN PATRICK GJERDE, | ) | |
| NICOLE DAWSON, | ) | |
| DANIEL HARRISON, and | ) | Date: September 14, 2010 |
| RONALD BURRIS, JR., | ) | Time: 9:30 a.m. |
| | ) | Hon. John A. Mendez |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants HODA SAMUEL, CONNIE DEVERS, CHARLES ROBERT MANESS, DANA FAULKNER, TRACY PAINTER, YGNACIA BRADFORD, SEAN PATRICK GJERDE, NICOLE DAWSON, DANIEL HARRISON, and RONALD BURRIS, JR., by and through their respective counsel, that the status conference in the above-captioned matter set for Tuesday, August 3, 2010, be

1

1  continued to Tuesday, September 14, 2010, at 9:30 a.m.
2       The parties request that the Court exclude from calculation
3  under the Speedy Trial Act the time from the date of the originally
4  set status conference, August 3, 2010, through the date of the
5  status conference set for September 14, 2010, pursuant to 18 U.S.C.
6  §§ 3161(h)(7)(B)(ii) and (iv) [complexity and reasonable time to
7  prepare] (Local Codes T2 and T4).  Since the Indictment was filed on
8  June 10, 2010, the government has produced over 34,000 documents to
9  counsel for the defendants.  The parties stipulate that the ends of
10 justice are served by the Court excluding such time, so that each
11 defense counsel may have reasonable time necessary for effective
12 preparation, taking into account the exercise of due diligence.  18
13 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, each defendant agrees
14 that his or her counsel needs time to review the discovery,
15 investigate the facts underlying this case and seek possible
16 resolution.  Additionally, the parties stipulate that the above-
17 captioned case is unusual and complex such that it is unreasonable
18 to expect adequate preparation for pretrial proceedings, or for a
19 potential trial within the time limits established by the Speedy
20 Trial Act.
21
22 IT IS SO STIPULATED.
23
24 DATE: July 29, 2010        By:   /s/ Philip A. Ferrari
                                    PHILIP A. FERRARI
25                                  Assistant U.S. Attorney

26 DATE: July 29, 2010        By:   /s/ Philip A. Ferrari for
                                    SCOTT TEDMON
27                                  Counsel for Defendant
                                    HODA SAMUEL
28

2

```
DATE: July 29, 2010        By:    /s/ Philip A. Ferrari for
                                  MARK REICHEL
                                  Counsel for Defendant
                                  CONNIE DEVERS

DATE: July 29, 2010        By:    /s/ Philip A. Ferrari for
                                  DONALD HELLER
                                  Counsel for Defendant
                                  CHARLES ROBERT MANESS

DATE: July 29, 2010        By:    /s/ Philip A. Ferrari for
                                  THOMAS JOHNSON
                                  Counsel for Defendant
                                  SEAN GJERDE

DATE: July 29, 2010        By:    /s/ Philip A. Ferrari for
                                  MICHAEL PETRIK, JR.
                                  Counsel for Defendant
                                  TRACY PAINTER

DATE: July 29, 2010        By:    /s/ Philip A. Ferrari for
                                  CHRISTOPHER HAYDN-MYER
                                  Counsel for Defendant
                                  DANIEL HARRISON

DATE: July 29, 2010        By:    /s/ Philip A. Ferrari for
                                  ADANTE DE POINTER
                                  Counsel for Defendant
                                  DANA FAULKNER

DATE: July 29, 2010        By:    /s/ Philip A. Ferrari for
                                  MICHAEL BIGELOW
                                  Counsel for Defendant
                                  NICOLE DAWSON

DATE: July 29, 2010        By:    /s/ Philip A. Ferrari for
                                  JOSEPH J. WISEMAN
                                  Counsel for Defendant
                                  YGNACIA BRADFORD

DATE: July 29, 2010        By:    /s/ Philip A. Ferrari for
                                  MICHAEL E. HANSEN
                                  Counsel for Defendant
                                  RONALD BURRIS, JR.
```

   IT IS SO FOUND AND ORDERED.


DATED: July 29, 2010                      /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          UNITED STATES DISTRICT JUDGE