BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S 10-0223 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| HODA SAMUEL, | ) | STIPULATION AND |
| CONNIE DEVERS, | ) | ORDER FOR CONTINUANCE OF |
| CHARLES ROBERT MANESS, | ) | STATUS CONFERENCE |
| DANA FAULKNER, | ) | |
| TRACY PAINTER, | ) | |
| YGNACIA BRADFORD, | ) | |
| SEAN PATRICK GJERDE, | ) | |
| NICOLE DAWSON, and | ) | |
| RONALD BURRIS, JR., | ) | Date: October 26, 2010 |
| | ) | Time: 9:30 a.m. |
| Defendants. | ) | Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants HODA SAMUEL, CONNIE DEVERS, CHARLES ROBERT MANESS, DANA FAULKNER, TRACY PAINTER, YGNACIA BRADFORD, SEAN PATRICK GJERDE, NICOLE DAWSON, and RONALD BURRIS, JR., by and through their respective counsel, that the status conference in the above-captioned matter set for Tuesday, September 14, 2010, be continued to Tuesday, October 26, 2010, at 9:30 a.m.

1

1    The parties request that the Court exclude from calculation
2 under the Speedy Trial Act the time from the date of the originally
3 set status conference, September 14, 2010, through the date of the
4 status conference set for October 26, 2010, pursuant to 18 U.S.C. §§
5 3161(h)(7)(B)(ii) and (iv) [complexity and reasonable time to
6 prepare] (Local Codes T2 and T4).  Since the Indictment was filed on
7 June 10, 2010, the government has produced over 34,000 documents to
8 counsel for the defendants.  The parties stipulate that the ends of
9 justice are served by the Court excluding such time, so that each
10 defense counsel may have reasonable time necessary for effective
11 preparation, taking into account the exercise of due diligence.  18
12 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, each defendant agrees
13 that his or her counsel needs time to review the discovery,
14 investigate the facts underlying this case and seek possible
15 resolution.  Additionally, the parties stipulate that the above-
16 captioned case is unusual and complex such that it is unreasonable
17 to expect adequate preparation for pretrial proceedings, or for a
18 potential trial within the time limits established by the Speedy
19 Trial Act.
20 IT IS SO STIPULATED.

22 DATE: September 13, 2010        By:   /s/ Philip A. Ferrari
                                        PHILIP A. FERRARI
23                                      Assistant U.S. Attorney

24 DATE: September 13, 2010        By:   /s/ Philip A. Ferrari for
                                        SCOTT TEDMON
25                                      Counsel for Defendant
                                        HODA SAMUEL
26
   DATE: September 13, 2010        By:   /s/ Philip A. Ferrari for
27                                      MARK REICHEL
                                        Counsel for Defendant
28                                      CONNIE DEVERS

```
DATE: September 13, 2010      By:   /s/ Philip A. Ferrari for
                                    DONALD HELLER
                                    Counsel for Defendant
                                    CHARLES ROBERT MANESS

DATE: September 13, 2010      By:   /s/ Philip A. Ferrari for
                                    THOMAS JOHNSON
                                    Counsel for Defendant
                                    SEAN GJERDE

DATE: September 13, 2010      By:   /s/ Philip A. Ferrari for
                                    MICHAEL PETRIK, JR.
                                    Counsel for Defendant
                                    TRACY PAINTER

DATE: September 13, 2010      By:   /s/ Philip A. Ferrari for
                                    ADANTE DE POINTER
                                    Counsel for Defendant
                                    DANA FAULKNER

DATE: September 13, 2010      By:   /s/ Philip A. Ferrari for
                                    MICHAEL BIGELOW
                                    Counsel for Defendant
                                    NICOLE DAWSON

DATE: September 13, 2010      By:   /s/ Philip A. Ferrari for
                                    JOSEPH J. WISEMAN
                                    Counsel for Defendant
                                    YGNACIA BRADFORD

DATE: September 13, 2010      By:   /s/ Philip A. Ferrari for
                                    MICHAEL E. HANSEN
                                    Counsel for Defendant
                                    RONALD BURRIS, JR.
```

   IT IS SO FOUND AND ORDERED.


DATED: September 13, 2010

                              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE