```
BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 10-0223 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HODA SAMUEL, ) | STIPULATION AND |
| CONNIE DEVERS, ) | ORDER FOR CONTINUANCE OF |
| CHARLES ROBERT MANESS, ) | STATUS CONFERENCE |
| DANA FAULKNER, ) | |
| TRACY PAINTER, ) | |
| YGNACIA BRADFORD, ) | |
| SEAN PATRICK GJERDE, ) | |
| NICOLE DAWSON, and ) | |
| RONALD BURRIS, JR., ) | Date: January 11, 2011 |
| ) | Time: 9:30 a.m. |
| Defendants. ) | Hon. John A. Mendez |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants HODA SAMUEL, CONNIE DEVERS, CHARLES ROBERT MANESS, DANA FAULKNER, TRACY PAINTER, YGNACIA BRADFORD, SEAN PATRICK GJERDE, NICOLE DAWSON, and RONALD BURRIS, JR., by and through their respective counsel, that the status conference in the above-captioned matter set for Tuesday, October 26, 2010, be continued to Tuesday, January 11, 2011, at 9:30 a.m.

1      The parties request that the Court exclude from calculation
2 under the Speedy Trial Act the time from the date of the originally
3 set status conference, October 26, 2010, through the date of the
4 status conference set for January 11, 2011, pursuant to 18 U.S.C. §§
5 3161(h)(7)(B)(ii) and (iv) [complexity and reasonable time to
6 prepare] (Local Codes T2 and T4).  Since the Indictment was filed on
7 June 10, 2010, the government has produced over 46,000 documents to
8 counsel for the defendants.  The parties stipulate that the ends of
9 justice are served by the Court excluding such time, so that each
10 defense counsel may have reasonable time necessary for effective
11 preparation, taking into account the exercise of due diligence.  18
12 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, each defendant agrees
13 that his or her counsel needs time to review the discovery,
14 investigate the facts underlying this case and seek possible
15 resolution.  Additionally, the parties stipulate that the above-
16 captioned case is unusual and complex such that it is unreasonable
17 to expect adequate preparation for pretrial proceedings, or for a
18 potential trial within the time limits established by the Speedy
19 Trial Act.
20 IT IS SO STIPULATED.
21
22 DATE: October 22, 2010          By:   /s/ Philip A. Ferrari
                                        PHILIP A. FERRARI
23                                      Assistant U.S. Attorney

24 DATE: October 22, 2010          By:   /s/ Philip A. Ferrari for
                                        SCOTT TEDMON
25                                      Counsel for Defendant
                                        HODA SAMUEL
26
   DATE: October 22, 2010          By:   /s/ Philip A. Ferrari for
27                                      MARK REICHEL
                                        Counsel for Defendant
28                                      CONNIE DEVERS

2

```
DATE: October 22, 2010        By:   /s/ Philip A. Ferrari for
                                    DONALD HELLER
                                    Counsel for Defendant
                                    CHARLES ROBERT MANESS

DATE: October 22, 2010        By:   /s/ Philip A. Ferrari for
                                    THOMAS JOHNSON
                                    Counsel for Defendant
                                    SEAN GJERDE

DATE: October 22, 2010        By:   /s/ Philip A. Ferrari for
                                    MICHAEL PETRIK, JR.
                                    Counsel for Defendant
                                    TRACY PAINTER

DATE: October 22, 2010        By:   /s/ Philip A. Ferrari for
                                    ADANTE DE POINTER
                                    Counsel for Defendant
                                    DANA FAULKNER

DATE: October 22, 2010        By:   /s/ Philip A. Ferrari for
                                    MICHAEL BIGELOW
                                    Counsel for Defendant
                                    NICOLE DAWSON

DATE: October 22, 2010        By:   /s/ Philip A. Ferrari for
                                    JOSEPH J. WISEMAN
                                    Counsel for Defendant
                                    YGNACIA BRADFORD

DATE: October 22, 2010        By:   /s/ Philip A. Ferrari for
                                    MICHAEL E. HANSEN
                                    Counsel for Defendant
                                    RONALD BURRIS, JR.
```

   IT IS SO FOUND AND ORDERED.

DATED: October 22, 2010

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT JUDGE