LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
HODA SAMUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. Cr. S-10-223 JAM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER RE: RETURN OF UNITED |
| v. | ) | STATES SAVINGS BONDS TO |
| | ) | DEFENDANT HODA SAMUEL |
| | ) | |
| | ) | |
| HODA SAMUEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, through Assistant United States Attorney Philip A. Ferrari; and defendant Hoda Samuel, by and through her counsel, Scott L. Tedmon, hereby stipulate and agree as follows:

1. On January 18, 2011, United States Magistrate Judge Dale A. Drozd approved defendant Samuel's international travel to Toronto, Ontario, Canada for the purpose of attending her son's wedding.

2. As a condition of her travel, defendant Samuel was ordered to lodge with the Clerk of the Court her U.S. Savings bonds as security for her trip to Canada.  On March 1, 2011, defendant Samuel lodged forty-one (41) one-thousand dollar U.S. Savings bonds as security for her trip to Canada.

3. The forty-one (41) one-thousand dollar U.S. Savings bonds were ordered to be held by the Clerk of the Court as security during the time that defendant Samuel traveled to and returned from Canada. Once defendant Samuel traveled from Canada to the United States, the forty-one (41) one-thousand dollar U.S. Saving bonds were to be returned to Ms. Samuel.

4. In accordance with the Court's order, defendant Samuel traveled to Canada for her son's wedding on July 14, 2011 and returned to the United States on July 19, 2011. With defendant Samuel's trip to Canada completed, the forty-one (41) one-thousand dollar U.S. Savings bonds are no longer needed for security and should be returned to Ms. Samuel.

5. As such, the government and defendant Samuel stipulate and agree that this Court order the Clerk of the Court to return the forty-one (41) one-thousand dollar U.S. Savings bonds to defendant Samuel or her counsel, Scott L. Tedmon.

**IT IS SO STIPULATED.**

Dated: August 26, 2011           BENJAMIN B. WAGNER
                                 United States Attorney

                                  /s/ Philip A. Ferrari
                                 PHILIP A. FERRARI
                                 Assistant United States Attorney

Dated: August 26, 2011           LAW OFFICES OF SCOTT L. TEDMON

                                  /s/ Scott L. Tedmon
                                 SCOTT L. TEDMON
                                 Attorney for Defendant Hoda Samuel

**ORDER**

GOOD CAUSE APPEARING and based on the above stipulation, the Court orders the Clerk of the Court to return the previously lodged forty-one (41) one-thousand dollar U.S. Savings bonds to defendant Hoda Samuel, or her counsel, Scott L. Tedmon.

DATED: August 26, 2011

                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE