BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELLE A. PRINCE
Assistant U.S. Attorneys
501 I Street, Room 10-100
Sacramento, California  95814
Telephone:  (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-10-0223 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNOPPOSED MOTION TO DISMISS |
| v. | ) | COUNTS THIRTY-TWO THROUGH |
| | ) | THIRTY-NINE; ORDER |
| HODA SAMUEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

For the reasons discussed below, the United States hereby requests that the Court dismiss Counts Thirty-Two through Thirty-Nine in the above-referenced indictment.

Counts Thirty-Two through Thirty-Nine allege false statements in loan applications to Long Beach Mortgage, in violation of 18 U.S.C. 1014.  As of the dates of these statements, Long Beach mortgage was a wholly-owned subsidiary of Washington Mutual Bank. Washington Mutual was FDIC-insured, but Long Beach Mortgage was not itself individually insured.  In this case, the government has decided to exercise its discretion to forego attempting to prove that the statements to Long Beach Mortgage satisfy the statute.

1

1    For the foregoing reasons, the government moves to dismiss

2  Counts Thirty-Two through Thirty-Nine pursuant to Federal Rule of

3  Criminal Procedure 48(a).

4    Counsel for defendants Devers, Faulkner, Painter, Burris, and

5  Dawson, who are charged in one or more of these counts, have been

6  advised of this motion and have not indicated any opposition to it.

7  DATED: December 12, 2011          BENJAMIN B. WAGNER
                                     United States Attorney
8

9                                    By:    /s/ Philip A. Ferrari
                                     PHILIP A. FERRARI
10                                   MICHELLE A. PRINCE
                                     Assistant U.S. Attorneys
11

12                              O R D E R

13

14    For the reasons stated above, it is hereby ORDERED that

   pursuant to Fed.R.Crim.P. 48(a), Counts Thirty-Two through Thirty-
15
   Nine of the indictment in case CR S 10-0223 JAM are dismissed.
16

17  Date: 12/13/2011

18

19                                   /s/ John A. Mendez
                                     JOHN A. MENDEZ
20                                   U. S. DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28