# Memorandum

*United States Attorney*
*Eastern District of California*



| | |
|---|---|
| *Subject* | *Date* |
| **Remove Attorney of Record** | November 15, 2012 |
| <u>United States v. Hoda Samuel, et al.</u> U.S. District Court No. 2:10-cr-00223 | |

| | |
|---|---|
| *To* | *From* |
| Docketing Clerk | Michelle A. Prince |
| U.S. District Court | Assistant U.S. Attorney |

Please remove AUSA Michelle Prince from the case. Thank you for your assistance in this matter.