1  LAW OFFICE OF SCOTT L. TEDMON
2  A Professional Corporation
   SCOTT L. TEDMON, CA. BAR #96171
3  980 Ninth Street, 16th Floor
4  Sacramento, California 95814
   Telephone:  (916) 449-9985
5  Facsimile:   (916) 446-7104
6  Email: tedmonlaw@comcast.net

7
   Attorney for Defendant
8  HODA SAMUEL

9

10

11                    IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,      )      No. 2:10-CR-00223-JAM
15                                 )
                       Plaintiff,  )      DEFENDANT HODA SAMUEL'S
16         v.                      )      MOTION TO VACATE THE
17                                 )      JULY 9, 2013 HEARING DATE
                                   )      ON HER MOTION FOR
18  HODA SAMUEL,                   )      RELEASE PENDING APPEAL
19                                 )
                       Defendant.  )
20                                 )
                                   )
21  _____

22         Defendant Hoda Samuel, by and through her attorney Scott L. Tedmon,

23  moves the Court for an order vacating the hearing date of July 9, 2013 on her

24
    motion for release on release pending appeal from the Judgment and Sentence in
25
26  this case.  Defendant Samuel's motion for release pending appeal motion was filed

27  on June 28, 2013 and set for hearing on July 9, 2013.  Given that a sentencing date

28

has not yet been set by the Court, there is good cause to vacate the hearing on the

motion for release pending appeal.  A status conference regarding sentencing is set

for Tuesday, July 9, 2013 at 9:45 a.m. at which time the parties and the Court can

discuss setting a schedule for both sentencing and a briefing schedule on the

motion for release pending appeal.  Finally, the government does not oppose this

motion to vacate the July 9, 2013 hearing date on defendant Samuel's motion for

release pending appeal.

　　　Based on the foregoing, counsel for defendant Samuel requests the Court

grant this motion to vacate the hearing on Samuel's previously filed motion for

release pending appeal.

DATED: July 2, 2013　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　LAW OFFICES OF SCOTT L. TEDMON

　　　　　　　　　　　　　　　　　/s/ Scott L. Tedmon_____
　　　　　　　　　　　　　　　　　SCOTT L. TEDMON
　　　　　　　　　　　　　　　　　Attorney for Defendant Hoda Samuel

**ORDER**

Based on the foregoing and good cause appearing, the previously set hearing date of July 9, 2013 for defendant Samuel's motion for release pending appeal is **VACATED**.

Once a sentencing date for defendant Samuel is established by the Court, the briefing schedule and hearing date for Samuel's motion for release pending appeal will then be set by the Court .

**IT IS SO ORDERED.**

DATED:   July 3, 2013          /s/ John A. Mendez
                              JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE