LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:   (916) 446-7104

Attorney for Defendant
HODA SAMUEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HODA SAMUEL, et al.,<br><br>　　　　　　Defendants. | No.:  CR S 10-0223-JAM<br><br>**ORDER  TO SEAL DOCUMENTS** |

Scott L. Tedmon, counsel for defendant Hoda Samuel, requested to seal documents described in the Notice to Request to Seal Documents filed on July 8, 2013, and served on the government.  The documents requested to be sealed are:

1. Department of Health Care Services letter dated May 29, 2013
2. Dr. David J. Manske's Office Visit Report dated June 12, 2013
3. Dr. David J. Manske's Letter dated June 27, 2013

Good cause appearing, the above-listed documents are to be filed under seal and are to remain under seal unless later order unsealed by the Court.

**IT IS SO ORDERED.**

DATED: July 8, 2013  　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE