LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
HODA SAMUEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0223-JAM |
|---|---|
| Plaintiff, | **REQUEST TO SEAL DOCUMENTS ORDER** |
| vs. | |
| HODA SAMUEL, et al., | |
| Defendants. | |

Scott L. Tedmon, counsel for defendant Hoda Samuel, requested to seal documents described in the Notice to Request to Seal Documents filed on August 8, 2013, and served on the government.   The documents requested to be sealed are:

1. Medical records from Kaiser Permanente Medical Group
2. Medical records from Carlton Senior Living

Good cause appearing, the above-listed documents are to be filed under seal and are to remain under seal unless later order unsealed by the Court.

**IT IS SO ORDERED.**

DATED:  August 9, 2013        /s/ John A. Mendez
                              JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE