JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
HODA SAMUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0223-JAM |
| Plaintiff, | |
| v. | APPLICATION FOR ORDER TO BE ADDED AS COUNSEL OF RECORD |
| HODA SAMUEL, et. al., | |
| Defendants. | |

Defendant Hoda Samuel hereby applies for an order to add attorney John Balazs as counsel of record for purposes of appeal.  Attorney Leonard C. Hart Nibbrig will remain as counsel of record for purposes of defendant Samuel's motion for new trial.  Defendant Samuel and attorney Nibbrig agree with this request.

Dated:  August 22, 2013

_John Balazs_____
JOHN BALAZS

Attorney for Defendant
HODA SAMUEL

## **ORDER**

IT IS SO ORDERED.

Dated:  August 26, 2013

                         /s/ John A. Mendez
                         Hon. John A. Mendez
                         U.S. District Court Judge