1  JOHN BALAZS, Bar No. 157287
   Attorney At Law
2  916 Second Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  HODA SAMUEL

6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12

13 UNITED STATES OF AMERICA,        )   No. 2:10-cr-0223-JAM
                                    )
14          Plaintiff,              )   STIPULATION AND ORDER TO
                                    )   CONTINUE
15     v.                           )   RESTITUTION HEARING
                                    )
16 HODA SAMUEL,                     )
                                    )   Date: October 29, 2013
17          Defendant.              )   Time: 9:45 a.m.
   _____)   Hon. John A. Mendez
18

19

20     Defendant Hoda Samuel, through her attorney John Balazs, and the United

21 States, through its attorney Philip A. Ferrari, stipulate and request that the

22 restitution hearing be continued from October 15, 2013 to October 29, 2013, at

23 9:45 a.m.

24     The reason for this request is that Ms. Samuel's attorney needs additional

25 time to prepare for the restitution hearing.

26 // // //

27 // // //

28 // // //

                                      Respectfully submitted,

DATED: September 30, 2013         /s/ John Balazs  
                                      JOHN BALAZS

                                      Attorney for Defendant  
                                      HODA SAMUEL

DATED: September 30, 2013         BENJAMIN B. WAGNER  
                                      United States Attorney

                          By:   /s/   Philip A. Ferrari  
                                      PHILIP A. FERRARI  
                                      Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

DATE: 10/1/2013

                                      /s/ John A. Mendez  
                                      HON. JOHN A. MENDEZ  
                                      U.S. District Court Judge