John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
HODA SAMUEL

**FILED**

OCT 15 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:10-CR-0223-JAM |
| Plaintiff, | **ORDER TO SEAL DOCUMENT** |
| v. | |
| Hoda Samuel, | |
| Defendant. | |

Defendant Hoda Samuel, through counsel, has filed a notice and request to seal a letter containing confidential medical information from Dr. David J. Manske, M.D. dated September 27, 2013. The letter has been provided to counsel for the government.

Good cause appearing, the letter referenced above is hereby ordered to be filed under seal unless and until unsealed by the Court.

IT IS SO ORDERED.

Dated: October 11, 2013

HON. JOHN A. MENDEZ
U.S. District Court Judge