John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel:  (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
HODA SAMUEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     v.<br><br>Hoda Samuel,<br><br>             Defendant. | No.  2:10-CR-0223-JAM<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE RESTITUTION HEARING**<br><br>**Hearing:**<br>Date:  December 10, 2013<br>Time:  9:45 a.m.<br>Hon. John A. Mendez |

Defendant Hoda Samuel, through counsel John Balazs, and the United States, through its counsel Assistant U.S. Attorney Philip Ferrari, hereby stipulate and request that the Court continue the restitution hearing in this case from October 29, 2013 to **December 10, 2013, at 9:45 a.m.**

The reasons for this request is that defense counsel recently substituted in as counsel of record and needs additional time to prepare for the restitution hearing.  The Court has previously indicated that it intends to issue an order of restitution, but that for reasons previously stated it is not ready to determine the amount.  The Supreme Court has permitted the imposition of restitution beyond 90 days in these circumstances.  *Dolan v. United States*, 560 U.S. 605 (2010).

IT IS SO STIPULATED.

Dated: October 25, 2013      /s/ John Balazs
                              JOHN BALAZS

                              Attorney for Defendant
                              HODA SAMUEL

Dated: October 25, 2013
                    By:       /s/ Philip Ferrari
                              PHILIP FERRARI

                              Attorney for Plaintiff
                              United States of America

**ORDER**

IT IS SO ORDERED.

Dated: October 28, 2013

                              /s/ John A. Mendez
                              Hon. John A. Mendez
                              U.S. District Judge