John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
Hoda Samuel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:10-CR-0223-JAM |
| Plaintiff, | **ORDER EXTENDING SURRENDER DATE** |
| v. | |
| Hoda Samuel, | |
| Defendant. | Hon. John A. Mendez |

For good cause appearing, IT IS HEREBY ORDERED that defendant Hoda Samuel's surrender date is extended to December 4, 2013, by 2 p.m. to the institution designated (federal medical center in Carswell, TX) or the U.S. Marshal's Office in Sacramento.

Dated: November 27, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge

1