1  John Balazs, Bar # 157287
2  Attorney At Law
   916 Second Street, Suite F
3  Sacramento, CA 95814
   Tel: (916) 447-9299
4  John@Balazslaw.com
   Sacramento, CA 95814
5
6  Attorney for Defendant
   HODA SAMUEL
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12

| United States of America, | No. 2:10-CR-0223-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING** |
| v. | **Hearing:** |
| Hoda Samuel, | Date: February 4, 2014 |
| Defendant. | Time: 1:30 p.m. |
|  | Hon. John A. Mendez |

Defendant Hoda Samuel, through counsel John Balazs, and the United States, through its counsel Assistant U.S. Attorney Philip Ferrari, hereby stipulate and request that the Court continue the restitution hearing in this case from December 10, 2013 to **February 4, 2014, at 1:30 p.m.**

The reason for this request is that defendant Hoda Samuel is seeking a new attorney to represent her in the district court with respect to the restitution hearing. In her appeal, United States v. Samuel, No. 13-10449, Ms. Samuel has substituted in attorney Matthew Thomas Gillmartin for attorney John Balazs on December 2, 2013. On November 27, 2013, Ms. Samuel also filed in the district court a notice to terminate her attorney John Balazs effective

1

immediately. Document 507. Ms. Samuel has advised attorney John Balazs that she is seeking to retain new counsel for the restitution hearing and asks that the Court continue the restitution hearing as set forth in this stipulation.

The Court has previously indicated that it intends to issue an order of restitution, but that for reasons previously stated it is not ready to determine the amount. The Supreme Court has permitted the imposition of restitution beyond 90 days in these circumstances. *Dolan v. United States*, 560 U.S. 605 (2010).

IT IS SO STIPULATED.

Dated:  December 3, 2013         /s/ John Balazs
                                 JOHN BALAZS

                                 Attorney for Defendant
                                 HODA SAMUEL

Dated:  December 3, 2013
                       By:       /s/ Philip Ferrari
                                 PHILIP FERRARI

                                 Attorney for Plaintiff
                                 United States of America

**ORDER**

IT IS SO ORDERED.

Dated:  December 3, 2013

                                 /s/ John A. Mendez
                                 Hon. John A. Mendez
                                 U.S. District Court Judge