**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

**UNITED STATES OF AMERICA**

　　　　　　　　　　Plaintiff(s),

Case No. 2:10-CR-00223 JAM

v.

**HODA SAMUEL, et al.,**

　　　　　　　　　　Defendant(s).


　　　I, Matthew Gilmartin, attorney for **HODA SAMUEL**, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

　　　My business address is:

| | |
|---|---|
| Firm Name: | Matthew Gilmartin, Attorney at Law, LLC |
| Address: | 9267 Basswood Dr. |
| City: | Olmsted Falls, |
| State: | Ohio　　　ZIP Code: 44138 |
| Voice Phone: | ( 440 )  479-8630 |
| FAX Phone: | ( 440 )  398-0179 |
| Internet E-mail: | matt4g@att.net |
| Additional E-mail: | mtglaw@sbcglobal..net |
| I reside in City: | Olmsted Falls　　　State: Ohio |

I was admitted to practice in the <u>Supreme Court of Ohio</u> (court) on November 15th, 1982.  I was admitted to practice before the Supreme Court of Texas on May 2nd, 2013. I am presently in good standing and eligible to practice in both courts.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

**I  have X** have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

**U.S.A v. L. Richard Shearer, et al., Case No. 2:12-CV-02334 TLN.**

Application was made on August 15th, 2013, and was granted.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:      JIHAD M.SMAILI, ESQ.

Firm Name:   SMAILI & ASSOCIATES., P.C.

Address:    600 West Santa Ana Blvd.
            West Suite 202

City:       SANTA ANA

State:      CA                ZIP Code: 92701

Voice Phone:  (714)  547-4700

FAX Phone:   (714)  547-4710

E-mail:     jihad@smaililaw.com

Dated:     12/10/2013         Petitioner:  */s/Matthew Gilmartin*
                              Matthew Gilmartin(TX Bar #2408145)
                                    (OH Bar #0024683)

**ORDER**

IT IS SO ORDERED.

Dated:  12/16/2013                                             /s/ John A. Mendez                    
                                                               JUDGE, U.S. DISTRICT COURT