BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>HODA SAMUEL,<br><br>             Defendant. | CASE NO.  CR S 10-0223 JAM<br><br>STIPULATION AND ORDER CONTINUING RESTITUTION HEARING<br><br>DATE: March 11, 2014<br>TIME: 1:30 p.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Hoda Samuel, by and through her counsel of record, hereby stipulate and request that the Court continue the restitution hearing in this case from March 11, 2014 to April 29, 2014, at 1:30 pm.

Defendant Hoda Samuel is currently incarcerated at the Federal Medical Center in Carswell, Texas, and she desires to participate in the restitution hearing in this matter. It is anticipated that additional time will be required to arrange access for Ms. Samuel to participate in the hearing via video teleconferencing from Texas. Accordingly, the parties request that the hearing be set for April 29, 2014, at 1:30 pm.

The parties make this request mindful of the fact that the Court has previously indicated that it intends to issue an order of restitution, but that for reasons previously stated it is not ready to determine that amount. The Supreme Court has permitted the imposition of restitution more than 90 days beyond

the date of sentencing in such circumstances. *Dolan v. United States*, 560 U.S. 605 (2010).

IT IS SO STIPULATED.

Dated:  March 3, 2014                           BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ PHILIP FERRARI
                                                PHILIP FERRARI
                                                Assistant United States Attorney

Dated:  March 3, 2014                           /s/ Philip A. Ferrari for
                                                MATTHEW GILMARTIN, ESQ.
                                                Counsel for Defendant
                                                HODA SAMUEL

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of March, 2014

                                                /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE