UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        No. 2:10-cr-223 JAM

vs.

HODA SAMUEL,

        Defendant.    **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    HODA SAMUEL, inmate 19252-097, a necessary and material witness in proceedings in this case on April 24, 2014, is confined in FMC Carswell Naval Air Station, Fort Worth, Texas, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable John A. Mendez, to appear by **video-conferencing** at FMC Carswell Naval Air Station, Fort Worth, Texas at 9:00 A.M. (Pacific Standard Time)

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by **video-conferencing** before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, FMC Carswell, Naval Air Station, J St., Bldg. 3000, Fort Worth, Texas 76127:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by **video-conferencing**, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 27, 2014

                                      Hon. John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE