BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 10-0223 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING RESTITUTION HEARING |
| v. | |
| HODA SAMUEL, DANIEL HARRISON, | DATE: April 24, 2014 TIME: 9:00 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Hoda Samuel and Daniel Harrison, by and through their counsel of record, hereby stipulate and request that the Court continue the restitution hearing in this case from April 24, 2014 to May 15, 2014, at 9:00 am. The parties are making this request due to the unavailability of government counsel. It is anticipated that defendant Hoda Samuel will participate in the hearing via video teleconferencing from the Federal Medical Center in Carswell, Texas.

The parties make this request mindful of the fact that the Court has previously indicated that it intends to issue an order of restitution, but that for reasons previously stated it is not ready to determine that amount. The Supreme Court has permitted the imposition of restitution more than 90 days beyond the date of sentencing in such circumstances. *Dolan v. United States*, 560 U.S. 605 (2010).

1    IT IS SO STIPULATED.

3    Dated:  April 14, 2014                                         BENJAMIN B. WAGNER
                                                                    United States Attorney

5                                                                   /s/ PHILIP FERRARI
                                                                    PHILIP FERRARI
                                                                    Assistant United States Attorney

8    Dated:  April 14, 2014                                         /s/ Philip A. Ferrari for
                                                                    MATTHEW GILMARTIN, ESQ.
                                                                    Counsel for Defendant
                                                                    HODA SAMUEL

12   Dated:  April 14, 2014                                         /s/ Philip A. Ferrari for
                                                                    CHRIS HAYDN-MYER, ESQ.
                                                                    Counsel for Defendant
                                                                    DANIEL HARRISON

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 15th day of April, 2014

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE