BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

FILED

JUN 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 10-0223 JAM |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RE: RESTITUTION |
| HODA SAMUEL, DANIEL HARRISON, | |
| Defendants. | |

The above-referenced matter came before the Court for a hearing on restitution on June 27, 2014. The Court finds the victims identified below suffered losses as a result of the conduct for which the defendants were convicted. The Court further finds that a reasonable estimate of the victims' losses has been proven by a preponderance of the evidence. According, the Court hereby orders that the defendants shall pay restitution as follows:

Defendant Hoda Samuel shall pay restitution to the following victims in the identified amounts:

Federal Deposit Insurance Corporation: $2,176,500.

Wells Fargo Bank (Series 2006-OPT3), C/O Sand Canyon Corporation: $174,522.49.

U.S. Bank (Series 2006-Z), C/O Sand Canyon Corporation: $193,025.74.

U.S. Bank (Series 2006-BC6), C/O Sand Canyon Corporation: $166,043.47.

Citibank (Series2007-HE2), C/O Sand Canyon Corporation: $187,965.01.

Wells Fargo Bank (Series 2007-3), C/O Sand Canyon Corporation: $72,561.38

Wells Fargo Bank (Series 2007-4), C/O Sand Canyon Corporation: $58,794.55

Total: $3,029,412.64.

Defendant Daniel Harrison shall pay restitution to the Federal Deposit Insurance Corporation in the amount of $157,000.

The $157,000 owed by defendant Harrison is also owed by defendant Samuel to the FDIC, and the obligation of both defendants Harrison and Samuel with respect to this amount shall be joint and several.

The Clerk shall render payments to the following addresses:

FDIC Restitution Payments
P.O. Box 971774
Dallas, TX 75397-1774

Sand Canyon Corporation
7595 Irvine Center Drive, Suite 100
Irvine, CA 92618

IT IS SO FOUND AND ORDERED this 27th day of June, 2014

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE