IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HODA SAMUEL,<br><br>    Defendant and Judgment Debtor,<br><br>RAYMOND JAMES FINANCIAL INC.,<br><br>    Garnishee. | MISC. CASE NO.:  2:15-MC-00096-JAM-KJN<br><br>**ORDER**<br><br>CRIMINAL CASE NO.:  2:10-CR-00223-JAM |

## ORDER

The Court, having reviewed the court files and the United States' Application for an Order Terminating Writ of Garnishment (the "Application") and finding good cause therefrom, hereby GRANTS the Application (ECF No. 8).  Accordingly, IT IS HEREBY ORDERED that:

1. The writ of garnishment previously issued on August 26, 2015, against defendant Hoda Samuel is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B).

2. The Clerk of Court shall close this miscellaneous case.

Dated:  September 15, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER