| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | PHILIP A. FERRARI<br>TODD A. PICKLES |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |



**FILED**

JAN 10 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

HODA SAMUEL,

  Defendant.

CASE NO. 2:10-CR-00223 JAM

ORDER RE: REQUEST FOR CLARIFICATION OF RESTITUTION IN JUDGMENT

### ORDER

This matter came before the Court on the United States request to clarify the order of restitution in the judgment entered July 3, 2014 for defendant Hoda Samuel. The Court hereby clarifies that the reference to "C/O Sand Canyon Corporation" on page 5 of the Amended Judgment, Docket No. 597, means that Sand Canyon Corporation is the payee to which the amounts of restitution referenced on page 5 of the amended judgment should be paid, for a total of $852,912.64. The Clerk of the Court shall direct such payments to Sand Canyon Corporation, 7595 Irvine Center Dr., Suite 100, Irvine, California. The amount of $2,176,500 in restitution to be paid to FDIC is as stated.

IT IS SO ORDERED.

DATED: January 10, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

PROPOSED ORDER

1