UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>HODA SAMUEL,<br><br>Movant. | No. 2:10-cr-0223 JAM KJN P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Because movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

If respondent files a motion to dismiss rather than an answer, movant's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service

////

1

of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

Dated: November 6, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/samu0223.206