UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>HODA SAMUEL,<br><br>Movant. | No. 2:10-cr-0223 JAM KJN P<br><br><br><br>ORDER |

Movant is proceeding pro se with a motion under 28 U.S.C. § 2255. On November 6, 2018, movant requested the appointment of counsel, and to release funds from the garnishment order to allow movant to hire counsel.

There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Moreover, movant cites no authority for her request that the court release funds from the garnishment order. In addition, movant's prior motion for a carve-out order for attorney fees (ECF No. 729) was denied by the district court (ECF No. 730). Her request is denied.

1

Accordingly, IT IS HEREBY ORDERED that movant's motion (ECF No. 813) is denied without prejudice.

Dated: November 7, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/samu0223.207