UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>v.<br><br>HODA SAMUEL,<br><br>    Movant. | No. 2:10-cr-0223 JAM KJN<br><br><br>ORDER |

Movant is proceeding pro se with a motion under 28 U.S.C. § 2255. On July 5, 2019, respondent filed a motion to dismiss and answer. On July 15, 2019, movant filed a motion requesting that the respondent's answer be set aside as untimely or, in the alternative, to grant movant a 60-day extension of time to file an opposition and reply. Movant argues that respondent's filing was untimely because movant received it in an open envelope with the loose papers in disarray, out of order, and some pages upside down. On July 23, 2019, respondent filed a reply, confirming that on July 5, 2019, respondent mailed a complete copy of the motion to dismiss and answer, including the 585 pages of exhibits, to movant at Carswell Federal Medical Center (ECF No. 837 at 44). However, as a courtesy, respondent has contacted the Bureau of Prisons to find out the specific mail requirements and procedures in movant's facility, as well as authorization to provide a bound oversize package to movant. (ECF No. 839 at 1.) Respondent has not yet received such guidance or authorization from the Bureau of Prisons, but will provide

movant with a courtesy copy of the documents once such information is received. Respondent does not oppose movant's request for a sixty-day extension of time to respond to the filings from the date of receipt of such courtesy copy.

Movant's request to have the respondent's filing deemed untimely due to the manner in which it was delivered to movant is denied. Respondent is not responsible for how prison officials process movant's mail. That said, movant is entitled to receive a complete filing in proper order. Thus, the undersigned appreciates respondent's effort to determine how best to accomplish the re-service of a courtesy copy of the voluminous filing. In case prison officials do not permit movant to receive a bound version of such a lengthy filing, respondent may consider providing a Bate-stamped version or simply print out a copy bearing the court's CM/ECF page numbers, which might facilitate movant's easy reference in her responsive filing, as well as assist the respondent and the court in locating movant's references.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request for an extension of time (ECF No. 838) is partially granted;

2. Movant is granted sixty days from the date of receipt of a courtesy copy of respondent's July 5, 2019 filing (ECF No. 837) in which to file an opposition and reply; and

3. Respondent shall file a proof of service attesting to service of the courtesy copy within fourteen days of the renewed service.

Dated: July 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/samu0223.236