UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>HODA SAMUEL,<br><br>Movant. | No. 2:10-cr-0223 JAM KJN P<br><br><br>ORDER |

Movant is proceeding pro se with a motion under 28 U.S.C. § 2255. On August 12, 2019, movant filed a request for a court order requiring respondent to provide movant with a copy of movant's prior brief and revised brief, filed on December 12, 2013, and December 13, 2013, respectively. In the interest of judicial economy, and to assist movant in meeting the court's deadline for filing an opposition to the pending motion to dismiss, the Clerk of the Court is directed to provide movant with copies of such trial briefs. Normally, litigants are required to pay for photocopies of documents from the record, but the court is making an exception in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request (ECF No. 843) is partially granted; and

////

////

////

2. The Clerk of the Court shall send movant a copy of her previous briefs (ECF Nos. 518 & 520.)

Dated: August 19, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/samu0223.cop