UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>HODA SAMUEL,<br><br>Movant. | No. 2:10-cr-0223 JAM KJN P<br><br><br><br>ORDER |

Movant is proceeding pro se with a motion under 28 U.S.C. § 2255. On August 12, 2019, movant filed a request for a court order requiring respondent to provide movant with a copy of the prior brief and revised brief, filed on December 12, 2013, and December 13, 2013, respectively. The Clerk of the Court was directed to provide movant with copies of such trial briefs. Now movant has written the court claiming that the document sought was not one of the documents received. Movant claims the document she seeks was one filed "on December 12, 2013, and then revised on December 13, 2013, on Docket #518." As an example, movant points to docket entries 523 and 524.

The docket entry 518 reads as follows:

> BRIEF re Evidentiary Hearing as to Hoda Samuel by USA. (Attachments: # 1 Declaration of James Pelton, M.D.) (Pickles, Todd) Modified on 12/13/2013 (Michel, G). (Entered: 12/12/2013)

////

Movant is advised that once an attorney submits a filing on the court docket, the attorney is unable to modify it. Thus, the brief filed on December 12, 2013, is the one and only brief filed by the Assistant U.S. Attorney. The modification referenced in the docket entry 518 was a modification performed by court staff as part of the court's quality control program, simply adding an explanation of the type of brief: "re Evidentiary Hearing." (ECF No. 518.) Only court staff has the ability to modify a docket entry. Further, as movant's example demonstrates, if the brief itself had been modified in any way, it would have been a separate entry on the docket bearing a separate docket number.

Because movant has already been provided with a copy of the brief (ECF No. 518), IT IS HEREBY ORDERED that movant's request (ECF No. 846) is denied.

Dated: September 4, 2019

/samu0223.cop2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE