1  McGREGOR W. SCOTT
   United States Attorney
2  AMY SCHULLER HITCHCOCK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff/Respondent
   United States of America
6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:10-CR-00223-JAM
12 |                    Plaintiff/Respondent, | ORDER GRANTING GOVERNMENT'S MOTION FOR
13 | v.                                    | EXTENSION OF TIME
14 | HODA SAMUEL,
15 |                    Defendant/Movant.

16

17

18

19     On June 30, 2020, Respondent requested an extension of time until July 23, 2020, to file its

20 response or opposition to Defendant Samuel's motion for relief under the First Step Act 2018 and

21 CARES Act.

22     IT IS HEREBY ORDERED, that Respondent's request until July 23, 2020, to file its response

23 and /or opposition is granted.

24 Dated: June 30, 2020.

25

                                              /s/ John A. Mendez_____
26                                            HON. JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE
27

28

                                              1