UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>HODA SAMUEL,<br><br>　　　　Defendant/Movant. | No.  2:10-cr-00223 JAM<br><br>**ORDER RE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

　　Defendant filed a Motion for Compassionate Release.  See ECF No. 865.  The Government does not oppose.  See ECF No. 875.  For the reasons stated in the Governments Statement of Non-Opposition, the Court GRANTS Defendants motion, see Statement at 910, ECF No. 875, and imposes a sentence of time served.

　　Defendant shall spend 14 days in quarantine and obtain medical clearance prior to release.  Upon release, Defendant shall begin serving her 36-month term of supervised release.

Dated:  July 15, 2020

_____
JOHN A. MENDEZ
United States District Judge